UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No.: 18-10474

PETER MICHAEL CONONI,

    Plaintiff,

    v.

TOWN OF DOVER,

    Defendant

## DEFENDANT'S NOTICE OF REMOVAL OF ACTION FROM STATE COURT

Pursuant to 28 U.S.C. §1441(c) and 1446, the Town of Dover ("Defendant") petitions for removal of this action to the United States District Court for the District of Massachusetts.  As grounds therefore, the Defendant states as follows:

1.    On or about February 6, 2018, the Plaintiff filed this action in the Norfolk Superior Court, Civil Action No. 1882CV00202.

2.    On February 21, 2018, the Plaintiff's Complaint was sent to the Defendant. Attached as Exhibit A is a copy of the Plaintiff's Complaint and summons which were received by the Defendant's undersigned counsel.

3.    In the Complaint, the Plaintiff brings claims under the United States Constitution. More specifically, the Plaintiff alleges that a search of his home violated his rights under the Fourth and Fourteenth Amendments of the United States Constitution, Part 1, Article 14.

4.      Because this matter is an action arising under federal law of which this Court has

original jurisdiction, as authorized by 28 U.S.C. §1331, it is subject to removal

under 28 U.S.C. §1441(c).

5.      This Notice of Removal is being filed within the time period required by law, 28

U.S.C. §1446(b).

> Respectfully submitted,
> The Defendant,
> Town of Dover,
> By its attorneys,
>
>
> /s/ Thomas R. Donohue
> Leonard H. Kesten, BBO # 542042
> Thomas R. Donohue, BBO# 643483
> BRODY, HARDOON, PERKINS & KESTEN, LLP
> 699 Boylston Street, 12th Floor
> Boston, MA 02116
> (617) 880-7100
> lkesten@bhpklaw.com
> tdonohue@bhpklaw.com

DATED: March 12, 2018

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

> /s/ Thomas R. Donohue
> Thomas R. Donohue, BBO# 643483

DATED: March 12, 2018